Submitted July 7, reversed August 20, 2014

In the Matter of J. L. A.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

J. L. A.,
*Appellant.*

Clackamas County Circuit Court
M1311004; A155795

333 P3d 1176

Gay Canaday filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Assistant Attorney-in-Charge, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing him for a period not to exceed 180 days. ORS 426.130. He argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is a danger to himself. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment cannot stand. We agree, accept the state's concession, and reverse.

Reversed.